JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:      (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-446 (MHP) |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. 18 U.S.C. § 3161 |
|    v. ) | |
| ) | |
| JUAN CARLOS CUEVAS-VALENCIA, ) | |
| ) | |
|    Defendant. ) | |

On May 11, 2009, the parties in this case appeared before the Court for a status conference. At that time, the parties requested, and the Court agreed, to continue this matter for a status conference and possible change of plea on June 8, 2009. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

1 reasonable time necessary for continuity of defense counsel and effective preparation.  18 U.S.C.
2 § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
3 continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
4 U.S.C. § 3161(h)(7)(A).
5 SO STIPULATED:

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

9 DATED: May 11, 2009                /s/
                        BENJAMIN P. TOLKOFF
                        Assistant United States Attorney

12 DATED: May 11, 2009                /s/
                        GEOFFREY HANSEN
                        Attorney for JUAN CARLOS CUEVAS-VALENCIA

14     For the reasons stated above, the Court finds that the continuation of this matter from May
15 11, 2009, to June 8, 2009, is warranted and that the ends of justice served by the continuance
16 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
17 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective
18 preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
19 §3161(h)(7)(B)(iv).

21 SO ORDERED.

23 DATED:__5/12/2009____       _____
                                      THE HONORABLE MARILYN H. PATEL
                                      United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (signature and seal)*